PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:21–cv–00397–ADA

| | |
|---|---|
| LoganTree, LP v. Apple, Inc. | Date Filed: 04/23/2021 |
| Assigned to: Judge Alan D Albright | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**LoganTree, LP**　　　　　　　　　represented by　**Christopher Michael Barkley**
McCathem PLLC
523 West 6th Street, Suite 830
Los Angeles, CA 90014
(213) 225–6150
Fax: (213) 225–6151
Email: cbarkley@mccathernlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Eamonn Sherry**
McCathern, PLLC
3710 Rawlins Street, Ste. 1600
Dallas, TX 75219
214–741–2662
Fax: 214–741–4717
Email: jsherry@mccathernlaw.com
*ATTORNEY TO BE NOTICED*

**Arnold Shokouhi**
McCathern Mooty Grinke, LLP
3710 Rawlins, Suite 1600
Dallas, TX 75219
(214) 741–2662
Fax: (214) 741–4717
Email: arnolds@mccathernlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple, Inc.**　　　　　　　　　represented by　**B. Trent Webb**
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108–2613
(816) 474–6550
Fax: (816) 421–5547
Email: bwebb@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Stephen Ravel**
Kelly Hart & Hallman LLP
303 Colorado Street
Suite 2000
Austin, TX 78701
(512)495−6429
Fax: 512/495−6610
Email: steve.ravel@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Douville**
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474−6550
Fax: (816) 421−5547
Email: ldouville@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark D. Schafer**
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474−6550
Fax: (816) 421−5547
Email: mschafer@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Schletzbaum**
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474−6550
Fax: (816) 421−5547
Email: rschletzbaum@shb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Ransom**
Kelly Hat Hallman LLP
303 Colorado, Suite 2000
Austin, TX 78701
(512) 495−6429
Email: kelly.ransom@kellyhart.com
*ATTORNEY TO BE NOTICED*

**Maxwell C. McGraw**
Shook Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474−6550

|  |  |  |
|---|---|---|
|  |  | Fax: (816) 421−5547<br>Email: mmcgraw@shb.com<br>*ATTORNEY TO BE NOTICED* |

**Counter Plaintiff**

|  |  |  |
|---|---|---|
| **Apple, Inc.** | represented by | **B. Trent Webb**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**J. Stephen Ravel**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren Douville**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark D. Schafer**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ryan Schletzbaum**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Ransom**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Maxwell C. McGraw**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

|  |  |  |
|---|---|---|
| **LoganTree, LP** | represented by | **Christopher Michael Barkley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Eamonn Sherry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Arnold Shokouhi**<br>(See above for address) |

ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2021 | Ï 1 | COMPLAINT *PLAINTIFFS ORIGINAL COMPLAINT* ( Filing fee $ 402 receipt number 0542–14731841), filed by LoganTree, LP. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 AO 120)(Shokouhi, Arnold) (Attachment 1 replaced on 4/23/2021) (lad). (Entered: 04/23/2021) |
| 04/23/2021 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by LoganTree, LP. (Shokouhi, Arnold) (Main Document 2 replaced on 4/23/2021) (lad). (Entered: 04/23/2021) |
| 04/23/2021 | Ï | All parties shall comply with the Standing Orders of Judge Alan D. Albright located at https://www.txwd.uscourts.gov/judges–information/standing–orders/. (lad) (Entered: 04/23/2021) |
| 04/23/2021 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Shokouhi, Arnold) (Entered: 04/23/2021) |
| 04/23/2021 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 04/23/2021) |
| 04/23/2021 | Ï 4 | Summons Issued as to Apple, Inc.. (lad) (Entered: 04/23/2021) |
| 04/27/2021 | Ï 5 | SUMMONS Returned Executed by LoganTree, LP. Apple, Inc. served on 4/27/2021, answer due 5/18/2021. (Shokouhi, Arnold) (Entered: 04/27/2021) |
| 05/11/2021 | Ï 6 | NOTICE of Attorney Appearance by J. Stephen Ravel on behalf of Apple, Inc.. Attorney J. Stephen Ravel added to party Apple, Inc.(pty:dft) (Ravel, J.) (Entered: 05/11/2021) |
| 05/11/2021 | Ï 7 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 05/11/2021) |
| 05/18/2021 | Ï | Text Order GRANTING 7 Motion for Extension of Time to Answer entered by Judge Alan D Albright. It is therefore ORDERED that Defendant Apple, Inc.'s Unopposed Motion is GRANTED, and Defendant's deadline to file a response to Plaintiff's Original Complaint is hereby extended through and including July 2, 2021. (This is a text–only entry generated by the court. There is no document associated with this entry.) (re) (Entered: 05/18/2021) |
| 05/18/2021 | Ï | Set/Reset Deadlines: Apple, Inc. answer due 7/2/2021. (mc5) (Entered: 05/18/2021) |
| 06/16/2021 | Ï 8 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 07/02/2021 | Ï 9 | NOTICE of Attorney Appearance by J. Stephen Ravel on behalf of Apple, Inc. Pro Hac Vice will be added once an Order on motion is granted. (Ravel, J.) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 10 | ANSWER to 1 Complaint, with Jury Demand *Answer, Defenses, and*, COUNTERCLAIM against LoganTree, LP by Apple, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ravel, J.) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 11 | RULE 7 DISCLOSURE STATEMENT filed by Apple, Inc.. (Ravel, J.) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 12 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of B. Trent Webb* ( Filing fee $ 100 receipt number 0542–14979478) by on behalf of Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/02/2021) |

| | | |
|---|---|---|
| 07/02/2021 | Ï 13 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Ryan J. Schletzbaum* ( Filing fee $ 100 receipt number 0542−14979637) by on behalf of Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 14 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Lauren Douville* ( Filing fee $ 100 receipt number 0542−14979650) by on behalf of Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/02/2021) |
| 07/02/2021 | Ï 15 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Mark D. Schafer* ( Filing fee $ 100 receipt number 0542−14979661) by on behalf of Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/02/2021) |
| 07/09/2021 | Ï 16 | STATUS REPORT *CASE READINESS STATUS REPORT* by LoganTree, LP. (Shokouhi, Arnold) (Entered: 07/09/2021) |
| 07/15/2021 | Ï 17 | MOTION to Appear Pro Hac Vice by Arnold Shokouhi *MOTION FOR ADMISSION PRO HAC VICE* ( Filing fee $ 100 receipt number 0542−15017756) by on behalf of LoganTree, LP. (Attachments: # 1 Proposed Order)(Shokouhi, Arnold) (Entered: 07/15/2021) |
| 07/22/2021 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice for Attorney B. Trent Webb for Apple, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/22/2021) |
| 07/22/2021 | Ï | Text Order GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Ryan Schletzbaum for Apple, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/22/2021) |
| 07/22/2021 | Ï | Text Order GRANTING 14 Motion to Appear Pro Hac Vice for Attorney Lauren Douville for Apple, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/22/2021) |
| 07/22/2021 | Ï | Text Order GRANTING 15 Motion to Appear Pro Hac Vice for Attorney Mark D. Schafer for Apple, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED |

| | | |
|---|---|---|
| | | that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 07/22/2021) |
| 07/22/2021 | Ï 18 | ANSWER to 10 Answer to Complaint, Counterclaim *PLAINTIFFS ORIGINAL ANSWER TO DEFENDANT APPLE, INCS COUNTERCLAIMS* by LoganTree, LP.(Shokouhi, Arnold) (Entered: 07/22/2021) |
| 07/26/2021 | Ï 19 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Maxwell C. McGraw* ( Filing fee $ 100 receipt number 0542−15050739) by on behalf of Apple, Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/26/2021) |
| 07/27/2021 | Ï | Text Order GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Christopher Michael Barkley for LoganTree. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jc5) (Entered: 07/27/2021) |
| 07/28/2021 | Ï | Text Order GRANTING 19 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (re) (Entered: 07/28/2021) |
| 08/06/2021 | Ï 20 | Scheduling Recommendations/Proposed Scheduling Order *Joint Motion to Enter Scheduling Order* by Apple, Inc.. (Attachments: # 1 Exhibit A)(Ravel, J.) (Entered: 08/06/2021) |
| 08/13/2021 | Ï 21 | SCHEDULING ORDER: Markman Hearing set for 3/4/2022 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 4/15/2022. Amended Pleadings due by 6/24/2022. Motions due by 1/6/2023. Pretrial Conference set for 3/10/2023 before Judge Alan D Albright. Jury Selection set for 3/31/2023 before Judge Alan D Albright. Jury Trial set for 3/31/2023 before Judge Alan D Albright. Signed by Judge Alan D Albright. (jc5) (Entered: 08/16/2021) |
| 08/13/2021 | Ï 22 | SCHEDULING ORDER: Markman Hearing set for 3/4/2022 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 4/15/2022. Amended Pleadings due by 6/24/2022. Dispositive Motions due by 1/6/2023. Pretrial Conference set for 3/10/2023 before Judge Alan D Albright. Jury Selection set for 3/31/2023 before Judge Jeffrey C. Manske. Jury Trial set for 3/31/2023 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (jc5) (Entered: 08/16/2021) |
| 09/03/2021 | Ï 23 | Opposed MOTION to Transfer Case *Motion to Transfer Venue to the Northern District of California* by Apple, Inc.. (Attachments: # 1 Affidavit Declaration of Mark Rollins, # 2 Affidavit Declaration of Ryan Schletzbaum, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit |

| | | |
|---|---|---|
| | | K, # 14 Proposed Order)(Ravel, J.) (Entered: 09/03/2021) |
| 09/17/2021 | Ï 24 | Opposed MOTION to Transfer Case *to the Northern District of California* by LoganTree, LP. (Shokouhi, Arnold) (Entered: 09/17/2021) |
| 10/01/2021 | Ï 25 | REPLY to Response to Motion, filed by Apple, Inc., re 24 Opposed MOTION to Transfer Case *to the Northern District of California* filed by Plaintiff LoganTree, LP *Apple Inc.s Reply in Support of its Motion to Transfer Venue to the Northern District of California* (Attachments: # 1 Affidavit Declaration of Mark Rollins, # 2 Affidavit Declaration of Ryan Schletzbaum, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G)(Ravel, J.) (Entered: 10/01/2021) |
| 10/08/2021 | Ï 26 | MOTION to Strike 25 Reply to Response to Motion,, *PLAINTIFFS MOTION TO STRIKE DEFENDANTS LATE−FILED REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE AND IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS SURREPLY IN OPPOSITION TO THE MOTION TO TRANSFER VENUE* by LoganTree, LP. (Attachments: # 1 SURREPLY, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Shokouhi, Arnold) (Entered: 10/08/2021) |
| 10/08/2021 | Ï 27 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 10/15/2021 | Ï 28 | Response in Opposition to Motion, filed by Apple, Inc., re 26 MOTION to Strike 25 Reply to Response to Motion,, *PLAINTIFFS MOTION TO STRIKE DEFENDANTS LATE−FILED REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE AND IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS SURREPLY IN OPPOSITION TO THE MOT* filed by Plaintiff LoganTree, LP and in the Alternative Motion for Leave to File a Surreply (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Ravel, J.) (Entered: 10/15/2021) |
| 11/19/2021 | Ï 29 | Opening Claim Construction Brief by Apple, Inc.. (Attachments: # 1 Affidavit Mark D. Schafer Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T)(Ravel, J.) (Entered: 11/19/2021) |
| 12/17/2021 | Ï 30 | BRIEF *Plaintiff's Responsive Claim Construction Brief* by LoganTree, LP. (Shokouhi, Arnold) (Entered: 12/17/2021) |
| 12/20/2021 | Ï 31 | NOTICE *Notice of Supplemental Authority in Support of Motion to Transfer Venue to NDCA* by Apple, Inc. (Attachments: # 1 Exhibit A)(Ravel, J.) (Entered: 12/20/2021) |
| 12/23/2021 | Ï 32 | RESPONSE in Support, filed by LoganTree, LP, re 26 MOTION to Strike 25 Reply to Response to Motion,, *PLAINTIFFS MOTION TO STRIKE DEFENDANTS LATE−FILED REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE AND IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS SURREPLY IN OPPOSITION TO THE MOT* filed by Plaintiff LoganTree, LP (Shokouhi, Arnold) (Entered: 12/23/2021) |
| 01/14/2022 | Ï 33 | RESPONSE *Defendant Apple Inc.'s Reply to Plaintiff LoganTree LP's Responsive Claim Construction Brief* by Apple, Inc.. (Attachments: # 1 Affidavit Declaration of Mark Schafer in Support of Defendant Apple Inc.'s Reply to Plaintiff LoganTree LP's Responsive Claim Construction Brief, # 2 Exhibit U, # 3 Exhibit V, # 4 Exhibit W, # 5 Exhibit X, # 6 Exhibit Y)(Ravel, J.) (Entered: 01/14/2022) |
| 02/04/2022 | Ï 34 | Joint MOTION for Entry of Scheduling Order Deadlines *JOINT MOTION TO ENTER AN AMENDED SCHEDULING ORDER* by LoganTree, LP. (Attachments: # 1 Proposed Order)(Shokouhi, Arnold) (Entered: 02/04/2022) |

| | | |
|---|---|---|
| 02/07/2022 | Ï 35 | ORDER, (Markman Hearing set for 3/4/2022 09:00 AM before Judge Alan D Albright). Signed by Judge Alan D Albright. (bot2) (Entered: 02/07/2022) |
| 02/10/2022 | Ï 36 | AMENDED SCHEDULING ORDER: Markman Hearing set for 6/10/2022 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 7/20/2022. Amended Pleadings due by 9/30/2022. Dispositive Motions due by 4/14/2023. Pretrial Conference set for 7/19/2023 before Judge Alan D Albright. Jury Selection set for 7/10/2023 before Judge Jeffrey C. Manske. Jury Trial set for 7/10/2023 before Judge Alan D Albright. Signed by Judge Alan D Albright. (jc5) (Entered: 02/10/2022) |
| 03/10/2022 | Ï | Parties shall comply with Judge Albright's updated standing orders and COVID−19 standing order available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Regarding Notice of Readiness for Patent Cases 030722,<br>2. Standing Order on Pretrial Procedures and Requirements in Civil Cases 030722,<br>3. Standing Order Governing Proceedings 4.0 – Patent Cases 030722,<br>4. Amended Standing Order Regarding Coronavirus (COVID−19) and Court Proceedings,<br>5. Amended Standing Order Regarding Joint Or Unopposed Request To Change Deadlines 030722,<br>6. Amended Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions 030722. (jkda) (Entered: 03/10/2022) |
| 04/14/2022 | Ï 37 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 04/14/2022) |
| 05/03/2022 | Ï | Text Order DENYING 26 Motion to Strike and in the alternative, Motion for Leave to File a Surreply. The Court DENIES the Motion to Strike on two grounds. First, LoganTree failed to confer with Apple in an attempt to resolve this dispute before filing its Motion, and also failed to include a certification to that effect as required by W.D. Tex. Loc. R. CV−7(g). Second, the Court will not punish Apple for following: the timeline identified in the Court's June 8, 2021 Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases; and the page limits for "other motions" provided for in W.D. Tex. Loc. R. CV−7(e)(3), given that it filed its 25 Reply prior to the issuance of OGP 3.5. The Court DENIES LoganTree's alternative Motion for Leave because its proposed surreply does more than simply address Apple's arguments and evidence LoganTree alleges to be "new." It, by and large, treads a path already cut by its 24 Opposition and otherwise introduces a new declaration to "correct any evidentiary [shortcomings] to appease Apple's arguments." This does not justify the entry of LoganTree's proposed surreply. (This is a text−only entry generated by the court. There is no document associated with this entry.) (RRlc) (Entered: 05/03/2022) |
| 05/11/2022 | Ï 38 | ORDER GRANTING 23 Motion to Transfer Case; GRANTING 24 Motion to Transfer Case to NDCA. Signed by Judge Alan D Albright. (sm3) (Entered: 05/11/2022) |