| | |
|---|---|
| MCCATHERN PLLC<br>James E. Sherry<br>jsherry@mccathernlaw.com<br>3710 Rawlins Street, Suite 1600<br>Dallas, TX 75219<br>Tel: (214) 443-4478<br>Fax: (214) 741-4717<br><br>Arnold Shokouhi<br>arnolds@mccathernlaw.com<br>3710 Rawlins, Suite 1600<br>Dallas, TX 75219<br>Tel: (214) 741-2662<br>Fax: (214) 741-4717<br><br>*Attorneys for Logantree LP* | Shook, Hardy & Bacon L.L.P.<br>Jason M. Richardson<br>jmrichardson@shb.com<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 544-1900<br>Fax: (415) 391-0281<br><br>B. Trent Webb (admitted *pro hac vice*)<br>bwebb@shb.com<br>Ryan J. Schletzbaum (admitted *pro hac vice*)<br>rschletzbaum@shb.com<br>Lauren E. Douville (admitted *pro hac vice*)<br>ldouville@shb.com<br>Mark D. Schafer (admitted *pro hac vice*)<br>mschafer@shb.com<br>Maxwell C. McGraw (admitted *pro hac vice*)<br>mmcgraw@shb.com<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Tel: (816) 474-6550<br>Fax: (816) 421-5547<br><br>*Attorneys for Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE

| | |
|---|---|
| **LOGANTREE LP**,<br><br>   *Plaintiff*,<br><br>   v.<br><br>**APPLE INC.**,<br><br>   *Defendant*. | CASE NO. 5:22-cv-02892-EJD<br><br>[**PROPOSED**] ORDER GRANTING JOINT STIPULATION FOR A LIMITED STAY<br><br>Hon. Edward J. Davila<br>Magistrate Judge Nathanael M. Cousins |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. All discovery is stayed pending decisions from the PTAB on whether to institute review of U.S. Pat. No. 6,059,576 in IPR2022-00037 and IPR2022-00040.

2. The Parties will file a Joint Status Report within seven (7) days of the PTAB's second institution decision.

3. This stipulation is without prejudice to the Parties requesting or opposing a motion to stay litigation pending final, non-appealable decisions in IPR2022-00037 and IPR2022-00040, if the PTAB institutes one or both petitions.

**IT IS SO ORDERED.**

Dated: ~~June 21, 2022~~

The Honorable Edward J. Davila
United States District Court Judge