| | |
|---|---|
| McCathern PLLC | SHOOK, HARDY & BACON L.L.P. |
| James E. Sherry | Jason M. Richardson |
| jsherry@mccathernlaw.com | jmrichardson@shb.com |
| Arnold Shokouhi | 555 Mission Street, Suite 2300 |
| arnolds@mccathernlaw.com | San Francisco, CA 94105 |
| 3710 Rawlins Street, Suite 1600 | Tel: (415) 544-1900 |
| Dallas, TX 75219 | Fax: (415) 391-0281 |
| Tel: (214) 443-4478 | |
| Fax: (214) 741-4717 | B. Trent Webb (admitted pro hac vice) |
| | bwebb@shb.com |
| AHMAD, ZAVITSANOS & MENSING PLLC | Ryan J. Schletzbaum (admitted pro hac vice) |
| Jason McManis (admitted *pro hac vice*) | rschletzbaum@shb.com |
| jmcmanis@azalaw.com | Lauren E. Douville (admitted pro hac vice) |
| Weining Bai (admitted *pro hac vice*) | ldouville@shb.com |
| wbai@azalaw.com | Mark D. Schafer (admitted pro hac vice) |
| Colin B Phillips (admitted *pro hac vice*) | mshcafer@shb.com |
| cphillips@azalaw.com | Maxwell C. McGraw (admitted pro hac vice) |
| 1221 McKinney St., Suite 2500 | mmcgraw@shb.com |
| Houston, Texas 77010 | |
| Tel: (713) 655-1101 | 2555 Grand Boulevard |
| Fax: (713) 655-0062 | Kansas City, MO 64108 |
| | Tel: (816) 474-6550 |
| | Fax: (816) 421-5547 |
| ***Attorneys for LoganTree LP*** | |
| | ***Attorneys for Apple Inc.*** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGANTREE LP,<br>　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br>　　Defendant. | **Case Number: 3:22-cv-02892-TLT**<br><br>**JOINT STATUS REPORT**<br><br>JUDGE:  TRINA L. THOMPSON |

Pursuant to the Court's Order Vacating Joint Case Management Conference (Doc. 71), Plaintiff LoganTree LP ("LoganTree") and Defendant Apple Inc. ("Apple") (collectively "the Parties"), hereby submit this joint status report regarding the appeals in the United States Court of Appeals for the Federal Circuit.

1. As stated in greater detail in the Parties' earlier Joint Status Report and Stipulation dated September 5, 2023 (Doc. 70), the Patent Trial and Appeal Board ("PTAB") has issued final written decisions in two Inter Partes Reviews relating to the asserted patent, U.S. Patent No. 6,059,576: in IPR2022-00037, the petitioned claims were not determined to be unpatentable, and in IPR2022-00040, the PTAB determined all petitioned claims (1-5, 8-11, 20, 25, 30- 32, 36, 39- 42, 45-51, 61-65, 144, and 147) are unpatentable. These petitioned claims comprise all claims that LoganTree has asserted against Apple in the present case.

2. LoganTree has since appealed the decision in IPR2022-00040, and Apple has since cross-appealed the decision in IPR2022-00037. The appeals are currently pending before the United States Court of Appeals for the Federal Circuit as *Apple Inc. v. Logantree, LP*, Appeal Nos. 2024-1123 and 2024-1119.

3. This Court issued an Order on September 11, 2023, stating that "The next joint status statement is due February 29, 2024 and will be converted to a CMC on March 7, 2024 unless the Federal Circuit appeal is resolved sooner, in which event the Court will advance the CMC date."

4. The Federal Circuit appeal has not yet been resolved.

**WHEREFORE** the Parties request that the Initial Case Management Conference, currently scheduled for March 7, 2024, be cancelled and the deadline to file a Joint Case Management Statement vacated. The Parties will file a Joint Status Report informing the Court of the appeal status within seven (7) days of a decision by the United States Court of Appeals for the Federal Circuit.

Dated: February 29, 2024            Respectfully submitted,

                                    AHMAD, ZAVITSANOS & MENSING, PLLC

                                    By:  /s/ Jason McManis
                                         Jason McManis

                                    ***Attorney for LoganTree LP***

Dated: February 29, 2024            SHOOK, HARDY & BACON L.L.P.

                                    By:  /s/ Ryan J. Schletzbaum
                                         Ryan J. Schletzbaum

                                    ***Attorney for Apple Inc.***

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1h(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

                                     /s/ Jason McManis
                                     Jason McManis